## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Strike 3 Holdings, LLC , | **CASE NUMBER** |
| PLAINTIFF(S)<br>v. | 8:26-cv-00183-TJH-SP |
| John Doe subscriber assigned IP address 76.169.57.240, | **ORDER TRANSFERRING CIVIL ACTION** |
| DEFENDANT(S). | |

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, IT IS HEREBY ORDERED that the above-entitled civil action be transferred to the calendar of Judge

_____ Consuelo B. Marshall _____ for all further proceedings.

_____ April 23, 2026 _____
Date

_____ Terry J. Hatter, Jr. _____
United States District Judge

_____ April 23, 2026 _____
Date

_____
United States District Judge

### NOTICE TO COUNSEL FROM CLERK

On all documents subsequently filed in this case, please substitute the initials _____ CBM _____ after the case number, so that the case number will read _____ 8:26-cv-00183-CBM-SP _____ . This is very important because documents are routed to the assigned judge by means of these initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-29 (06/23)                    ORDER TRANSFERRING CIVIL ACTION