Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION-SANTA ANA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 8:26-cv-00183-CBM-SP |
| Plaintiff, | Honorable Consuelo B. Marshall |
| vs. | **PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.169.57.240** |
| JOHN DOE subscriber assigned IP address 76.169.57.240, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.169.57.240, are voluntarily dismissed without prejudice.

Dated: July 01, 2026                    Respectfully submitted,


By: /s/ *Lincoln D. Bandlow*
Lincoln D. Bandlow, Esq.
**Law Offices of Lincoln Bandlow, PC**
*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 01, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ Lincoln D. Bandlow_
Lincoln D. Bandlow

Plaintiff's Voluntary Dismissal without Prejudice of John Doe
Case No. 8:26-cv-00183-CBM-SP